✎AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Melvin McClain ) | Case No: 3:88-cr-215-J-12HTS |
| ) | USM No: 09060-018 |
| Date of Previous Judgment: September 11,1989 ) | Lisa Call, Esq. |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  x  the defendant  ❏  the Director of the Bureau of Prisons    the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ❏ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  360 months  months **is reduced to**  262 months or time served, whichever is greater  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:     38            Amended Offense Level:     36
Criminal History Category:  IV            Criminal History Category: IV
Previous Guideline Range:   324 to 405 months    Amended Guideline Range: 262 to 327 months

**II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
x  The reduced sentence is within the amended guideline range.
❏ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
  Other (explain):

Continued on page 2.

### III. ADDITIONAL COMMENTS

  U.S.S.G. 1B1.10(b)(2)(C) states that "[i]n no event may the reduced term of imprisonment be less than the term of imprisonment the defendant has already served."

  The parties in this case have stipulated that the Defendant is eligible for a sentence reduction and that his sentenced be reduced by 98 months to a term of 262 months or time served, whichever is greater. See Doc. 1866.

  Pursuant to the request of the Bureau of Prisons, the Court has delayed the effective date of this Order for ten (10) days to allow the Bureau of Prisons sufficient time to comply with various pre-release statutory requirements and to the extent possible, establish a release plan for the Defendant.

Except as provided above, all provisions of the judgment dated   9/11/89   shall remain in effect.

**IT IS SO ORDERED**.

Order Date:          April 7, 2008

                                                                    *Howell W. Melton*
                                                                    HOWELL W. MELTON
                                                                    United States District Judge

Effective Date:      April 17, 2008
                    (if different from order date)

    Copies to:
    Defendant Melvin McClain, FCI Miami
    AUSA (Henry)
    AFPD (Call)
    USPO (Parker Anderson)
    Bureau of Prisons (via e-Designate system and U.S. mail)